IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| REGINALD MATHIS, | * | |
| Plaintiff, | * | |
| v. | * | CV 121-044 |
| C.R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED, | * | |
| Defendants. | * | |

## ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 35.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA